# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# AT INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No.: 13-13223 |
| Shawn Lee Estep<br>Jennifer Camille Estep | Chapter 13 |
| Debtor | Judge: James M. Carr |

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (DOC NO 32)

OneWest Bank N.A., formerly known as OneWest Bank, FSB ("Movant"), hereby WITHDRAWS, without prejudice, its Motion for Relief From Stay filed in the above-captioned case on July 17, 2015 (Doc No. 32).

Respectfully Submitted,

/s/ Patricia L. Johnson
Patricia L. Johnson, Esq. (23332-15)
Crystal L. Saresky, Esq. (89629)
GERNER & KEARNS CO., L.P.A.
809 Wright`s Summit Parkway, Suite 200
Fort Wright, KY 41011
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on Thursday, October 29th, 2015.

**By Notice of Electronic Filing To:**

John Morgan Hauber, Trustee
151 N. Delaware Street Suite 1400
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianpolis, IN 46204

Mark S. Zuckerberg, Esq.
429 N. Pennsylvania Street Ste. 100
Indianapolis, IN 46204
filings@mszlaw.com

**By United States Mail To:**

Shawn Lee Estep
Jennifer Camille Estep
9051 S. County Road 600 E.
Selma, IN 47383

/S/ Patricia L. Johnson
Patricia L. Johnson, Esq. (23332-15)
Crystal L. Saresky, Esq. (89629)
GERNER & KEARNS CO., L.P.A.
809 Wright`s Summit Parkway, Suite 200
Fort Wright, KY 41011
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com