**JOHN M. HAUBER**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 441644**
**INDIANAPOLIS, IN 46244-1644**

TRUSTEE'S ANNUAL REPORT OF RECEIPTS AND DISBURSEMENTS
(For the period from January 01, 2018 to December 31, 2018)
Chapter 13 Case #: 13-13223-JMC-13

RE: Shawn Lee Estep
Jennifer Camille Estep
9051 S CR 600 E
Selma, IN 47383

Attorney: MARK S ZUCKERBERG
429 N PENNSYLVANIA AVENUE
SUITE 100
INDIANAPOLIS, IN 46204

(888)840-0926

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Jan 26 | 2,200.00 | Feb 26 | 2,200.00 | Apr 06 | 2,200.00 | May 04 | 2,200.00 |
| Jun 01 | 2,200.00 | Jun 29 | 2,425.00 | Aug 02 | 2,748.00 | Sep 07 | 2,748.00 |
| Oct 05 | 2,748.00 | Nov 05 | 2,748.00 | Nov 30 | 2,748.00 | Dec 28 | 2,752.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | | 8,031.12 | | |
| DREF | Shawn Lee Estep | Admin | | | | | | |
| ATTY | MARK S ZUCKERBERG | Admin | | 3,301.00 | 100.00% | 3,301.00 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| 00001 | SHELLPOINT MORTGAGE SERVICING | Secured | | 360,231.06 | 100.00% | 46,001.00 | 0.00 | 1,725.88 |
| 00002 | MUNCIE POST OFFICE FCU | Secured | 5.00% | 270.25 | 100.00% | 270.25 | 1.37 | 0.00 |
| 00003 | PERITUS PORTFOLIO SERVICES II | Secured | 5.00% | 785.55 | 100.00% | 785.55 | 6.63 | 0.00 |
| 00004 | SHELLPOINT MORTGAGE SERVICING | Secured | | 17,994.66 | 100.00% | 17,994.66 | 0.00 | 0.00 |
| 00005 | PERITUS PORTFOLIO SERVICES II | Secured | 5.00% | 14,924.97 | 100.00% | 14,924.97 | 1,423.89 | 0.00 |
| 00006 | MUNCIE POST OFFICE FCU | Secured | 5.00% | 5,134.96 | 100.00% | 5,134.96 | 489.92 | 0.00 |
| 00007 | INTERNAL REVENUE SERVICE | Priority | | 3,543.75 | 100.00% | 3,543.75 | 0.00 | 0.00 |
| 00008 | AMERICAN INFOSOURCE | Unsecured | | 388.06 | 25.00% | 0.00 | 0.00 | 388.06 |
| 00009 | NAPUS FCU | Unsecured | | 472.44 | 25.00% | 434.91 | 0.00 | 37.53 |
| 00010 | QUANTUM3 GROUP | Unsecured | | 142.75 | 25.00% | 131.41 | 0.00 | 11.34 |
| 00011 | PNC BANK | Unsecured | | 7,614.12 | 25.00% | 7,009.20 | 0.00 | 604.92 |
| 00012 | NCEP, LLC | Unsecured | | 1,538.60 | 25.00% | 1,416.37 | 0.00 | 122.23 |
| 00013 | DEPARTMENT STORES NATIONAL BNK | Unsecured | | 281.59 | 25.00% | 259.22 | 0.00 | 22.37 |
| 00014 | INTERNAL REVENUE SERVICE | Unsecured | | 385.25 | 25.00% | 354.64 | 0.00 | 30.61 |
| 00015 | ALLY FINANCIAL | Unsecured | | 957.77 | 25.00% | 881.68 | 0.00 | 76.09 |
| 00016 | MUNCIE POST OFFICE FCU | Unsecured | | 460.93 | 25.00% | 424.31 | 0.00 | 36.62 |
| 00017 | MUNCIE POST OFFICE FCU | Unsecured | | 460.02 | 25.00% | 423.47 | 0.00 | 36.55 |
| 00018 | CERASTES LLC | Unsecured | | 652.66 | 25.00% | 600.81 | 0.00 | 51.85 |
| 00019 | IMC CREDIT SERVICES | Unsecured | | 2,039.71 | 25.00% | 1,877.66 | 0.00 | 162.05 |
| 00020 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 67.43 | 25.00% | 48.73 | 0.00 | 18.70 |
| 00021 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 1,549.51 | 25.00% | 1,426.41 | 0.00 | 123.10 |
| 00022 | RESURGENT CAPITAL SERVICES | Unsecured | | 362.50 | 25.00% | 333.70 | 0.00 | 28.80 |
| 00023 | ASHLEY FUNDING SERVICES LLC | Unsecured | | 20.05 | 25.00% | 16.07 | 0.00 | 3.98 |
| 00024 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 1,672.12 | 25.00% | 1,539.28 | 0.00 | 132.84 |

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 00025 | ATLAS COLLECTIONS INC | Unsecured | | 102.49 | 25.00% | 94.35 | 0.00 | 8.14 |
| 00026 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | | 2,461.22 | 25.00% | 2,265.69 | 0.00 | 195.53 |
| 00027 | AARONS | | | NOT FILED | | | | |
| 00028 | SCHEDULED UNSECURED | | | NOT FILED | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 12/31/2018

Receipts: $124,005.00      Paid to Claims: $110,114.86      Administrative Costs Paid: $11,337.08

** **NOTE:**  Please note that we may not yet have commenced payment to all levels of creditors under your plan.  If you note any discrepancies between this report and your records, please report this, in writing, to the Trustee's office.

** **NOTE:**  Your case information is available on the Internet at www.13network.com.  To setup your UserID and access this system, please enter your case number (without a hyphen) and the last 4 digits of your Social Security Number.

** **NOTE:**   You are now able to make your plan payments through our **online** program. Please visit our website at **www.Hauber13.com** for general questions and to register.

Respectfully Submitted,

/s/ John M. Hauber

John M. Hauber, Trustee