UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Shawn Lee Estep ) | CASE NUMBER: 13-13223-JMC-13 |
| Jennifer Camille Estep ) | |
| ) | |
| DEBTORS ) | |

## NOTICE OF PLAN COMPLETION

 The Chapter 13 Trustee hereby certifies that the Debtors have completed all payments under the confirmed Chapter 13 plan.

 If the Debtors are eligilble for a discharge, the Debtors are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's form.  Those forms are available at http://www.insb.uscourts.gov under Forms/Local/Chapter 13.  (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

 **FAILURE TO FILE THE MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE.**

        /s/ John M. Hauber
        John M. Hauber

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Monday, February 4, 2019, a copy of the foregoing Notice of Plan Completion was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  The part/parties may access this filing through the Court's system.

      US Trustee
ustpregion10.in.ecf@usdoj.gov

MARK S ZUCKERBERG
filings@mszlaw.com

      I further certify that on Monday, February 4, 2019, a copy of the foregoing Notice of Plan Completion was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Shawn Lee Estep
Jennifer Camille Estep
9051 S CR 600 E
Selma, IN,  47383

      /s/ John M. Hauber
John M. Hauber, Trustee